IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARLOS A. ZELAYA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-01236-P |
| | § | |
| ECOLAB INC. AND PENTAIR WATER | § | |
| POOL AND SPA, INC. | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE UNDER F.R.C.P. 41(a)(2)

After considering Plaintiff's Unopposed Motion to Dismiss Without Prejudice Under F.R.C.P. 41(a)(2), the Court:

GRANTS the motion and dismisses the case without prejudice.

SIGNED this __20__ day of __JUNE__, 2025.

*/s/ Mark T. Pittman*
JUDGE PRESIDING